CLEMENTE BROS. CONTRACTING CORP. et al., Appellants, v APRILE HAFNER-MILAZZO, Defendant, and CAPITAL ONE, N.A., Respondent.

Submitted February 18, 2014; decided February 20, 2014

Motion by The Clearing House Association L.L.C. for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

In the Matter of LUTHER DEMPSEY, Appellant, v NEW YORK CITY DEPARTMENT OF EDUCATION et al., Respondents.

Submitted February 18, 2014; decided February 20, 2014

Motion by Community Service Society of New York et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

In the Matter of EMPIRE CENTER FOR NEW YORK STATE POLICY, Appellant, v TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK, Respondent.

In the Matter of EMPIRE CENTER FOR NEW YORK STATE POLICY, Appellant, v NEW YORK STATE TEACHERS' RETIREMENT SYSTEM, Respondent.

Submitted February 18, 2014; decided February 20, 2014

Motion by Citizens Budget Commission et al. for leave to appear amici curiae on the appeals herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge ABDUS-SALAAM taking no part.